**SIGNED.**

Dated: November 24, 2010



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TEMPE LAND COMPANY, LLC, | ) | No. 2:08-bk-17587-JMM |
| | ) | |
| | ) | **MEMORANDUM OPINION** |
| Debtor. | ) | |

       The Trustee, Dale D. Ulrich, has sought permission to pay certain administrative expenses of the prior Chapter 11 estate to Magellan Real Estate Investment, LLC (ECF No. 574). A hearing was held on November 23, 2010. An objection has been filed by ML Manager, LLC, as Manager for Centerpoint I Loan LLC and Centerpoint II Loan LLC and as Agent for the Pass-through Investors, which has made the matters before the court more unclear than clear (ECF Nos. 581 and 640). Although the objecting party raises numerous arguments based on alleged factual improprieties, it has presented no affidavit, evidence or anything remotely related to a clarification or proper accounting for its objection.

       The Trustee seeks permission to repay approved financing orders. Those orders were not appealed, and are final. The objecting party states that it conducted a "review," but fails to inform the court who, exactly, conducted the "review," what that person specifically reviewed, what the "review" consisted of, or what documents and calculations assisted that unknown individual in the so-called "review."

1         Accordingly, for lack of an evidentiary record, the objection is OVERRULED and the Trustee's request is GRANTED. The Trustee shall lodge an appropriate form of order within ten days.

DATED AND SIGNED ABOVE.

COPIES to be sent by the Bankruptcy Notification Center ("BNC") to the following:

Michael P. Lane, Attorney for Trustee

Cathy L. Reece, Attorney for ML Manager LLC

Office of the U.S. Trustee